UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-24645-UU

CHRISTIAN PACHECO,

    Plaintiff,

v.

OVERSEAS NVOCC CORP., *et al.*,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

Pursuant to the Court's Order on Plaintiff's Motion for Final Default Judgment, it is ORDERED AND ADJUDGED that Plaintiff, Christian Pacheco, shall jointly and severally recover from Defendants, Overseas NVOCC Corporation and Claudio R. Lopez, the sum of **$5,209.31** in compensatory damages, **$2,130.00** in attorney's fees, and **$487.00** in taxable costs, for a total recovery of **$7,826.31** that shall bear interest at the legal rate, for which let execution issue forthwith.

DONE AND ORDERED in chambers at Miami, Florida this 9th__ day of March, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record