# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-24645-UU

CHRISTIAN PACHECO,

     Plaintiff,

v.

OVERSEAS NVOCC CORP., *et al.*,

     Defendants.

_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. The Court has entered a Final Judgment against Defendants in this action. Accordingly it is

ORDERED and ADJUDGED that for Administrative Purposes this case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 9th day of March, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record